**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 17, 2022

Mr. Joseph Luby
FEDERAL COMMUNITY DEFENDER OFFICE
Capital Habeas Unit
545W The Curtis Center
601 Walnut Street
Philadelphia, PA  19106-0000

     RE:  22-1559  Alfonso Rodriguez, Jr. v. United States

Dear Counsel:

     The district court has transmitted a notice of cross appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court. Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     An order appointing your office to represent appellant will be forwarded under separate Notice of Docket Activity.

     No consolidated briefing schedule will be established at this time due to the pending motion to dismiss filed in 22-1461.

     On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

     If you have any questions about the schedule or procedures for the case, please contact our office.

                         Michael E. Gans
                         Clerk of Court

CBO

Enclosure(s)

cc: Ms. Melissa Helen Burkland
Ms. Brenda J. Cernik
Mr.  Clerk, U.S. District Court, North Dakota
Ms. Anne Fisher
Ms. Kelly A. Kroke
Mr. Eric Montroy
Alfonso Rodriguez Jr.
Ms. Jahaan Akilah Ruth Shaheed
Mr. Drew Howard Wrigley

District Court/Agency Case Number(s):   2:11-cv-00088-RRE

**Caption for Case Number: 22-1559**

Alfonso Rodriguez, Jr.

       Petitioner - Appellant

v.

United States of America

       Respondent - Appellee

**Addresses for Case Participants:   22-1559**

Mr. Joseph Luby
FEDERAL COMMUNITY DEFENDER OFFICE
Capital Habeas Unit
545W The Curtis Center
601 Walnut Street
Philadelphia, PA  19106-0000

Ms. Melissa Helen Burkland
U.S. ATTORNEY'S OFFICE
District of North Dakota
Suite 250
655 First Avenue, N.
Fargo, ND  58102-4932

Ms. Brenda J. Cernik
1320 Sommerset Drive
West Fargo, ND  58078

Mr.  Clerk, U.S. District Court, North Dakota
U.S. DISTRICT COURT
District of North Dakota
Suite 130
655 First Avenue, N.
Fargo, ND  58102-0000

Ms. Anne Fisher
FEDERAL COMMUNITY DEFENDER OFFICE
545W The Curtis Center
601 Walnut Street
Philadelphia, PA  19106-0000

Ms. Kelly A. Kroke
QUENTIN N. BURDICK UNITED STATES COURTHOUSE
130
655 First Avenue, N.
Fargo, ND  58102-4932

Mr. Eric Montroy
FEDERAL COMMUNITY DEFENDER OFFICE
545W The Curtis Center
601 Walnut Street
Philadelphia, PA  19106-0000

Alfonso Rodriguez Jr.
U.S. PENITENTIARY
08720-059
P.O. Box 33
Terre Haute, IN  47808-0033

Ms. Jahaan Akilah Ruth Shaheed
FEDERAL COMMUNITY DEFENDER OFFICE
545W The Curtis Center
601 Walnut Street
Philadelphia, PA  19106-0000

Mr. Drew Howard Wrigley
U.S. ATTORNEY'S OFFICE
District of North Dakota
Suite 250
655 First Avenue, N.
Fargo, ND  58102-4932