# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1559

Alfonso Rodriguez, Jr.

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the District of North Dakota - Eastern
(2:11-cv-00088-RRE)

---

**ORDER**

IT IS ORDERED that the Federal Community Defender Capital Habeas Unit is hereby appointed to represent (or to continue to represent) the above named appellant in all matters pertaining to this action before this Court.

March 17, 2022

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans