# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Alfonso Rodriguez, Jr.    vs. United States

**The Clerk will enter my appearance as Counsel in Appeal No.** 22-1559 _for the_ following party(s): (please specify)

United States of America

☐ Appellant(s) ☐ Petitioner(s) ☑ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Megan A. Healy    s/: **Megan A. Healy**

Firm Name: United States Attorney's Office

Business Address: 655 First Avenue North, Suite 250

City/State/Zip: Fargo, ND 58102-4932

Telephone Number (Area Code): (701) 297-7400

Email Address: megan.healy@usdoj.gov

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 3/17/2022 , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: