# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Alfonso Rodriguez, Jr. _____ vs. United States _____

**The Clerk will enter my appearance as Counsel in Appeal No.** 22-1559 _____ for the following party(s): (please specify)

> United States of America

[ ] Appellant(s)   [ ] Petitioner(s)   [✓] Appellee(s)   [ ] Respondent(s)   [ ] Amicus Curiae   [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Nicholas W. Chase _____ s/: **Nicholas W. Chase** _____

Firm Name: United States Attorney's Office _____

Business Address: 655 First Avenue North, Suite 250 _____

City/State/Zip: Fargo, ND 58102-4932 _____

Telephone Number (Area Code): (701) 297-7400 _____

Email Address: nick.chase@usdoj.gov _____

### CERTIFICATE OF SERVICE

[✓] I hereby certify that on 3/17/2022 , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: