# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

Alfonso Rodriguez, Jr.,      )
     )
     **Cross-Appellant,**      )
     )
     **vs.**      )      **No. 22-1559**
     )
**United States,**      )      **Lead Appeal No. 22-1461**
     )
     **Cross-Appellee**      )

## STIPULATION OF VOLUNTARY DISMISSAL OF CROSS-APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned cross-appeal is voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b). Each party shall bear its own costs.

Dated: March 28, 2022

Respectfully submitted,

/s/ Joseph W. Luby
Joseph W. Luby
Eric J. Montroy
Assistant Federal Defenders
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520

*Counsel for Cross-Appellant*

1

/s/ Nicholas W. Chase
NICHOLAS W. CHASE
United States Attorney
ND Bar ID 05361
655 First Avenue North, Suite 250
Fargo, ND 58102-4932
(701) 297-7400
nick.chase@usdoj.gov

*Attorney for United States*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Nicholas W. Chase
Megan A. Healy
United States Attorney's Office
655 First Avenue North, Suite 250
Fargo, ND 58102

/s/ Joseph W. Luby
*Counsel for Cross-Appellant*

## CERTIFICATE OF COMPLIANCE

This motion contains 33 words, and thus complies with the word limitation of Fed. R. App P. 27(d)(2)(A). This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman 14.

/s/ Joseph W. Luby
*Counsel for Cross-Appellant*