# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1559

Alfonso Rodriguez, Jr.

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the District of North Dakota - Eastern
(2:11-cv-00088-RRE)

---

## MANDATE

In accordance with the judgment of 03/28/2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 28, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit